UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NORTH CAROLINA

## THE HONORABLE JAMES C. DEVER III
## UNITED STATES DISTRICT JUDGE PRESIDING

==Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.==

**CELL PHONES ARE PROHIBITED IN THE COURTROOM.**

## CRIMINAL SESSION COMMENCING ON
## ==THURSDAY, JULY 27, 2023==

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.**

### ==THURSDAY, JULY 27, 2023 AT 9:00 AM==
### SENTENCING
**SEALED CASE**                                              5:21-CR-65-2D
    AUSA: Kelly Sandling
    ATTY: Nardine Guirguis

### THURSDAY, JULY 27, 2023 AT 9:30 AM
### RE-SENTENCING
**Velasquez**, Enil Ramon Montoya                             7:18-CR-144-1D
    AUSA: Bradford Knott
    ATTY: Richard Croutharmel

### THURSDAY, JULY 27, 2023 AT 10:00 AM
### SENTENCING
**Patterson**, Shanetta                                       5:21-CR-19-1D
    AUSA: Ethan Ontjes
    ATTY: Michael Fitzpatrick

**THURSDAY, JULY 27, 2023 AT 10:30 AM**
**SENTENCING**
**Wilson**, James Linwood                                           2:23-CR-3-1D
    AUSA: Katherine Englander
    ATTY: Jennifer Dominguez

**THURSDAY, JULY 27, 2023 AT 11:00 AM**
**SENTENCING**
**McRoy**, Melessa Amber                                            4:22-CR-79-1D
    AUSA: Caroline Webb/ Katherine Englander
    ATTY: Patrick Weede

**THURSDAY, JULY 27, 2023 AT 11:30 AM**
**SENTENCING**
**Riccaldo**, Bryan Walter                                          5:21-CR-4-1D
    AUSA: Caroline Webb
    ATTY: Thomas Manning

**THURSDAY, JULY 27, 2023 AT 1:00 PM**
**SENTENCING**
**Nesbitt**, Shaborn Amar                                           5:21-CR-56-1D
    AUSA: Jennifer Nucci
    ATTY: Paul Sun Jr/ Kelly Dagger

**THURSDAY, JULY 27, 2023 AT 1:30 PM**
**SENTENCING**
**Pineda**, Eric Cruz                                               5:21-CR-106-2D
    AUSA: Leonard Champaign
    ATTY: Joseph Bell Jr.

**THURSDAY, JULY 27, 2023 AT 2:00 PM**
**SENTENCING**
**Dari**, Shaher Bahjat                                             5:21-CR-394-2D
    AUSA: Sebastian Kielmanovich
    ATTY: James Polk

**THURSDAY, JULY 27, 2023 AT 2:30 PM**
**SENTENCING**
**Robinson**, Bryan Joshua                                          5:22-CR-116-1D
    AUSA: Kelly Sandling
    ATTY: Deirdre Murray

**THURSDAY, JULY 27, 2023 AT 3:00 PM**
**SENTENCING**
**Page**, Joshua Allen                                                      5:22-CR-126-1D
    AUSA: Dennis Duffy
    ATTY: Katherine Shea

**THURSDAY, JULY 27, 2023 AT 3:30 PM**
**SENTENCING**
**Hill**, Louis Melvin                                                      5:22-CR-176-1D
    AUSA: Sarah Nokes
    ATTY: David Wicclair

**THURSDAY, JULY 27, 2023 AT 4:00 PM**
**SENTENCING**
**Alston**, Denise Coit                                                   5:23-CR-77-1D
    AUSA: David Beraka
    ATTY: Kelly Greene

**FRIDAY, JULY 28, 2023 AT 9:00 AM**
**SENTENCING**
**Parker**, Terron Cortez                                              5:23-CR-81-1D
    AUSA: David Beraka
    ATTY: Joshua Howard

**FRIDAY, JULY 28, 2023 AT 9:30 AM**
**SENTENCING**
**Barnes**, Monica Faye                                              5:23-CR-94-2D
    AUSA: David Beraka
    ATTY: David Long

**FRIDAY, JULY 28, 2023 AT 10:00 AM**
**SETENCING**
**Woodard**, Kami                                                        5:23-CR-95-1D
    AUSA: David Beraka
    ATTY: Richard Croutharmel

**FRIDAY, JULY 28, 2023 AT 10:30 AM**
**SENTENCING**
**Graham**, Clarence Jamar                                        7:21-CR-95-1D
    AUSA: Caroline Webb
    ATTY: Katherine Shea

**FRIDAY, JULY 28, 2023 AT 11:00 AM**
**SENTENCING**
**Spruill**, Dasean John                                        7:22-CR-72-1D
    AUSA: Nicholas Hartigan
    ATTY: Snayha Nath

**FRIDAY, JULY 28, 2023 AT 11:30 AM**
**SENTENCING**
**Congleton**, Ricky Lamont                                     7:22-CR-108-1D
    AUSA: William Gilmore
    ATTY: Joseph Zeszotarski Jr.

**FRIDAY, JULY 28, 2023 AT <mark>1:00 PM</mark>**
**SENTENCING**
**Smith**, Anthony Tyler                                        7:22-CR-114-1D
    AUSA: Charity Wilson
    ATTY: Walter Paramore III

**FRIDAY, JULY 28, 2023 AT 1:30 PM**
**SENTENCING**
**Sandlin**, Joseph Blake                                       7:22-CR-129-2D
    AUSA: Dennis Duffy
    ATTY: Lauren Brennan

**FRIDAY, JULY 28, 2023 AT 2:00 PM**
**SENTENCING**
**Davis**, Jarrod Eugene                                        7:23-CR-5-1D
    AUSA: William Van Trigt
    ATTY: Kimberly Moore

**FRIDAY, JULY 28, 2023 AT 2:30 PM**
**REVOCATION OF SUPERVISED RELEASE**
**Moore**, Nijaquan Kevia                                       4:19-CR-66-1D
    AUSA: Kelly Sandling
    ATTY: Cindy Johnson

**FRIDAY, JULY 28, 2023 AT 3:00 PM**
**REVOCATION OF SUPERVISED RELEASE**
**Congleton**, Ricky Lamont                                     5:12-CR-1-1D
    AUSA: William Gilmore
    ATTY: Joseph Zeszotarski Jr.

**FRIDAY, JULY 28, 2023 AT 3:30 PM**
**REVOCATION OF SUPERVISED RELEASE**
**Beyene**, Amanuel S.                                      5:14-CR-281-1D
    AUSA: Adam Hulbig
    ATTY: Cindy Johnson

**FRIDAY, JULY 28, 2023 AT 4:00 PM**
**REVOCATION OF SUPERVISED RELEASE**
**Capers**, Cedric Dewayne                                  5:15-CR-96-1D
    AUSA: Adam Hulbig
    ATTY: Cindy Johnson

**==AUGUST 4, 2023 AT 9:00 AM==**
**REVOCATION OF SUPERVISED RELEASE**
**Barnes**, Marquis Antoine                                 5:18-CR-446-1D
    AUSA: Michael Bredenberg
    ATTY: Cindy Johnson